**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE, | : | |
| INSURANCE COMPANY | : | Case No. 11-cv-30127 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IMPAC FUNDING CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

_____:

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF**
**JUSTIN KATTAN**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Justin Kattan of SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020, be admitted to appear on behalf of Defendants *Impac Funding Corporation* and *Impac Secured Assets Corp.* and to practice before this Court in the above-entitled action.  As grounds for this motion,  the undersigned counsel respectfully represents the following:

1.  Mr. Kattan is a Partner with the law firm of  SNR Denton US LLP and practices under the firm letterhead:

> SNR Denton US LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone:  (212) 768-6923
> Fax:  (212) 768-6800
> E-mail:  justin.kattan@snrdenton.com

2.  Mr. Kattan is a member in good standing of the bar of the highest court of the State of New York and was admitted to practice in New York in July 2001.

3.  Mr. Kattan is and has been a member in good standing of the bars of the following courts since the following dates:

| Court | Date of Admission | Bar Number |
|-------|-------------------|------------|
| State of New York | 2001 | 3983905 |

| Court | Date of Admission |
|-------|-------------------|
| U.S. Court of Appeals, Second Circuit | 2010 |
| U.S. Court of Appeals, Fifth Circuit | 2010 |
| U.S. District Court for the Southern District of New York | 2002 |

4.  There are no disciplinary proceedings pending against Mr. Kattan as a member of the bar in any jurisdiction;

5.  Mr. Kattan has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6.  In further support of this motion, Mr. Kattan has submitted as Exhibit A hereto his Certificate of Good Standing as required by Local Rule 83.5.3;

7.  Plaintiff has indicated that it does not oppose this motion; and

8.  Payment in the amount of $50.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Kattan's admission to practice before this Court *pro hac vice*.

Dated:  June 10, 2011

SNR DENTON US LLP

/s/Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
101 Federal Street, Suite 2750
Boston, MA 021109
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

*Attorneys for Defendants Impac Funding Corporation* and *Impac Secured Assets Corp.*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Defendants *Impac Funding Corporation* and *Impac Secured Assets Corp.* conferred in good faith with counsel for Plaintiff in an effort to narrow and resolve the issues raised in this motion, and Plaintiff has indicated that it does not oppose this motion.

/s/Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on June 10, 2011.

/s/Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr.

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | : | |
| MASSACHUSETTS MUTUAL LIFE, | : | |
| INSURANCE COMPANY | : | Case No. 11-cv-30127 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IMPAC FUNDING CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

_____:

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Justin Kattan, hereby certify that : (1) I am admitted to the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Justin Kattan, Esq.
Justin Kattan, Esq.

Dated: June 10, 2011