## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------  x
MASSACHUSETTS MUTUAL LIFE INSURANCE          :
COMPANY,                                     :
                        Plaintiff,           :
                                             :
        v.                                   :
                                             :
IMPAC FUNDING CORPORATION; IMPAC SECURED     :     No. 3:11-cv-30127-MAP
ASSETS CORP.; J.P. MORGAN SECURITIES LLC;    :
RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON, :
                                             :
                                             :
                        Defendants.          :
------------------------------------------------------------------  x
```

### ASSENTED-TO MOTION FOR EXTENSION OF PLAINTIFF'S TIME
### TO RESPOND TO DEFENDANTS' EXPECTED MOTION TO DISMISS AND
### REQUEST FOR EXTENSION OF PAGE LIMITS IN THE PARTIES' PAPERS

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual) hereby moves for additional time to respond to the defendants' expected motion to dismiss, as stipulated to by the parties, through their undersigned counsel, as set forth below.  Defendants Impac Funding Corp., Impac Secured Assets Corp., J.P. Morgan Securities LLC, Richard J. Johnson and Joseph R. Tomkinson (collectively, "Defendants"), through their undersigned counsel, assent to the motion.

On May6, 2011, MassMutual commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Defendants.

On May 27, 2011, MassMutual and Defendants filed assented-to motions extending Defendants' time to answer, move or otherwise respond to the Complaint to July 27, 2011.

Counsel for Plaintiff and counsel for Defendants conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1.      The Defendants shall answer, move, or otherwise respond to the Complaint on or before July 27, 2011.

2.      In the event Defendants move to dismiss the complaint, Plaintiff shall have eighty-five (85) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

3.      Given the legal and factual issues in the case, the parties ask the Court to extend the page limits in Defendants' motion papers to forty-five (45) pages and Plaintiff's opposition papers to sixty (60) pages, and that each Defendant be allowed to file a supplemental brief of up to ten (15) pages.  The parties also ask the Court to extend the page limit for Defendants' reply papers to thirty (30) pages, and that each Defendant be allowed to file a supplemental reply of five (5) pages.

3.      By entering into this stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations that may be available in this action.

WHEREFORE, the parties respectfully request that this Court:

1.      Grant the instant motion to enter an Order establishing the schedule stipulated to by the parties, including the extension on page limits, as set forth herein.

2.      Grant such further relief as may be just and proper.

/s/ Stephen E. Spelman
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual
Life Insurance Company*

/s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendant J.P. Morgan
Securities LLC*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendants Impac Funding Corp., Impac Secured Assets Corp., Richard J. Johnson and Joseph R. Tomkinson*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of July, 2011.

Stephen E. Spelman