UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; DAVID M. DUZYK; LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; COHEN LEGACY, LLC; JEFFREY L. VERSCHLEISER; MICHAEL B. NIERENBERG; JEFFREY MAYER; THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.; MATTHEW E, PERKINS; SAMUEL L. MOLINARO; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; RICHARD CAREAGA; DAVID BECK; DIANE NOVAK; THOMAS GREEN; and ROLLAND JURGENS, | : | No. 3:11-cv-30094-MAP |
| Defendants. | : | |

---

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN, SACHS & CO., INC.; AMERICAN HOME MORTGAGE SECURITIES LLC; AMERICAN HOME MORTGAGE ASSETS LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL Inc.; UBS SECURITIES INC.; MICHAEL STRAUSS; STEPHEN A. HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN; | : | No. 3:11-cv-30126-MAP |

| | |
|---|---|
| JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; SAMUEL L. MOLINARO, JR.; and THOMAS F. MARANO, | : : : |
| | : : |
| Defendants. | : : : : : : : |
| ------------------------------------------------------------------------ x | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | : : |
| Plaintiff, | : : |
| v. | : : |
| IMPAC FUNDING CORPORATION, IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; AND JOSEPH R. TOMKINSON, | : : : : : |
| Defendants. | : : x | No. 3:11-cv-30127-MAP |

**NOTICE OF MANUAL FILING**

Notice is hereby given that the documents identified in Exhibit ii to the

Declaration of Jesse M. Weiss In Support of Defendants' Joint Memorandum of Law In Support

of Their Motions to Dismiss the Complaints have been manually provided to the Court and to

counsel for Massachusetts Mutual Life Insurance Company on a DVD.

Dated:  July 26, 2011
            Springfield, Massachusetts

 /s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, Richard Careaga, David Beck, Diane Novak, Rolland Jurgens and Samuel L. Molinaro, Jr.*

*Of Counsel*
Robert H. Baron
Karin DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, EMC Mortgage Corporation, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation, Joseph T. Jurkowski, David M. Duzyk, Louis Schioppo, Jr., and William A. King*

*Of Counsel*
Joel C. Haims
JHaims@mofo.com
LaShann M. DeArcy
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Tel:  (212) 468-8000
Fax:  (212) 468-7900

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

*Of Counsel*
Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

*Counsel for Defendant Jeffrey L. Verschleiser*

*Of Counsel*
Theresa Trzaskoma
David Elbaum
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York  10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Counsel for Defendants Richard Careaga, David Beck, Rolland Jurgens and Diane Novak*

*Of Counsel*
Michael J. Chepiga
(mchepiga@stblaw.com)
William T. Russell, Jr.
(wrussell@stblaw.com)
Mark D. Villaverde
(mvillaverde@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Samuel L. Molinaro, Jr.*

/s/ Timothy J. Fazio
Timothy J. Fazio (BBO# 654157)
Cooley Manion Jones LLP
21 Custom House Street
Boston, Massachusetts 02110
Tel: (617) 737-3100
tfazio@cmjlaw.com

*Of Counsel*
Robert A. O'Hare Jr.
Andrew C. Levitt
O'HARE PARNAGIAN LLP
82 Wall Street, Suite 300
New York, NY 10005-3686
Tel: (212) 425-1401
Fax: (212) 425-1421

*Counsel for Defendant Cohen Legacy, LLC*

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew B. Perkins, Impac Funding Corp., Impac Secured Assets Corp., Richard J. Johnson and Joseph R. Tomkinson*

/s/ Jeffrey M. Burns
Jeffrey M. Burns (BBO# 661448)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
burnsj@gtlaw.com

*Of Counsel*
Richard A. Edlin
Ronald D. Lefton
Candace Camarata
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212)801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com
camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617)310-6001
greenbergg@gtlaw.com

*Of Counsel*
Joseph J. Frank
Steven J. Fink
Matthew L. Craner
Agnès Dunogué
Orrick Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

*Counsel for Defendant Barclays Capital Inc.*

/s/ L. Jeffrey Meehan
L. Jeffrey Meehan, BBO# 341440
DOHERTY, WALLACE, PILLSBURY
AND MURPHY, P.C.
1414 Main Street, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910

*Counsel for Defendants Michael Strauss, Stephen A. Hozie and Alan B. Horn*

*Of Counsel*
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 468-8203
Fax: (212) 468-7900

*Counsel for Defendants Stephen A. Hozie and Alan B. Horn*

/s/ Mark A. Berthiaume
Mark A. Berthiaume, BBO# 041715
Zachary C. Kleinsasser, BBO# 664291
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001

*Of Counsel*
Richard H. Klapper
Theodore Edelman
Michael T. Tomaino, Jr.
David M.J. Rein
Christopher J. Dunne
Gregory C. Shih
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel.:  (212) 558-4000
Fax:  (212) 558-3588
*Pro hac vice* motions pending

*Counsel for Defendants Goldman Sachs Mortgage Company and Goldman Sachs & Co., Inc.*

*Of Counsel*
Paul C. Curnin
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Michael Strauss*

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO No. 541993)
Azure Abuirmeileh (BBO No. 670325)
COLLORA LLP
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

*Of Counsel*
Thomas C. Rice (trice@stblaw.com) (*pro hac vice* application forthcoming)
Alan Turner (aturner@stblaw.com) (*pro hac vice* application forthcoming)
Jason R. Meltzer (jmeltzer@stblaw.com) (*pro hac vice* application forthcoming)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant UBS Securities LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26 of July, 2011.

_____