**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON, | No. 3:11-cv-30127-MAP<br>Oral Argument Requested |
| Defendants. | |

---

**RULE 7.1 NOTICE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant J.P. Morgan Securities LLC certifies that Defendant J.P. Morgan Securities LLC is a wholly owned subsidiary of J.P. Morgan Broker-Dealer Holdings, Inc., which is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

Dated: July 29, 2011
New York, New York

        /s/ Robert H. Baron
        Robert H. Baron
        Karin DeMasi
        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York 10019
        rbaron@cravath.com
        kdemasi@cravath.com

        *Counsel for Defendant J.P. Morgan Securities LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 29 of July, 2011.

        /s/ Rober H. Baron