UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
MASSACHUSETTS MUTUAL LIFE INSURANCE :
COMPANY, :
        Plaintiff, :
         :
     v. :
         :
IMPAC FUNDING CORPORATION; IMPAC SECURED : No. 3:11-cv-30127-MAP
ASSETS CORP.; J.P. MORGAN SECURITIES LLC; :
RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON, :
         :
        Defendants. :
------------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT

WHEREAS, on May 6, 2011, plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against Impac Funding Corporation, Impac Secured Assets Corp., J.P. Morgan Securities LLC, Richard J. Johnson and Joseph R. Tomkinson (collectively, "Defendants");

APPROVED. See order.

Michael A. Ponsor USDJ 9-6-11

WHEREAS, counsel for Plaintiff and counsel for Defendants conferred and have agreed that Defendants shall have until July 27, 2011 to answer, move or otherwise respond to the Complaint;

WHEREAS, counsel for Plaintiff and counsel for Defendants conferred and have agreed that in the event Defendants move to dismiss the complaint, Plaintiff shall have sixty (60) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, by and between Plaintiff and Defendants, through their undersigned counsel, as follows:

1. Defendants shall answer, move, or otherwise respond to the Complaint on or before July 27, 2011.

2. In the event Defendants move to dismiss the complaint, Plaintiff shall have sixty (60) days from the date Defendants serve such a motion to serve its opposition papers, and Defendants shall have thirty (30) days from the date Plaintiff serves its opposition papers to serve reply papers.

3. By entering into this Stipulation, Plaintiff and Defendants do not waive, and expressly preserve, any and all rights and defenses, including but not limited to defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations that may be available in this action.

Dated: May 27, 2011

/s/ Stephen E. Spelman
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

/s/ Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
jmccormick@Robinson-Donovan.com

*Of Counsel*
Robert H. Baron
Daniel Slifkin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Counsel for Defendant J.P. Morgan Securities LLC*

-3-

/s/ Philip A. O'Connel, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

*Of Counsel*
Sandra D. Hauser
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendants Impac Funding Corp., Impac Secured Assets Corp., Richard J. Johnson and Joseph R. Tomkinson*

SO ORDERED:

/s/ Michael A. Ponsor
Honorable Michael A. Ponsor, U.S.D.J.    9·6·11

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of May, 2011,

/s/Stephen E. Spelman

-4-