IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON,<br><br>    Defendants. | Civil Action No. 3:11-30127-MAP<br><br>Oral Argument Requested |

## DECLARATION OF MOLLY STEPHENS

  I, Molly Stephens, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

  1. I am a Partner at the law firm of Quinn, Emanuel, Urquhart & Sullivan, LLP, attorneys for plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"). I am admitted *pro hac vice* in the above-captioned action. I respectfully submit this declaration in support of (i) MassMutual's Opposition to the Motions to Dismiss Filed by Impac Funding Corporation, Impac Secured Assets Corp., and J.P. Morgan Securities LLC; and (ii) MassMutual's Opposition to the Impac Officer Defendants' Motions to Dismiss. I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

  2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Prospectus Supplement (including Prospectus) for the Impac Secured Assets Corp., Mortgage

Pass-Through Certificates, Series 2006-1 securitization. A full copy of the Prospectus Supplement, including the Prospectus, can be located at: http://www.sec.gov/Archives/edgar/data/1349830/000088237706001093/d483639.htm. Judicial notice of the Series 2006-1 Prospectus Supplement is proper because the document is referred to and incorporated by reference in MassMutual's Complaint and is not subject to reasonable dispute.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Prospectus Supplement (including Prospectus) for the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4 securitization. A full copy of the Prospectus Supplement, including the Prospectus, can be located at: http://www.sec.gov/Archives/edgar/data/1379577/000114420406048726/v058202_424b5.htm. Judicial notice of the Series 2006-4 Prospectus Supplement is proper because the document is referred to and incorporated by reference in MassMutual's Complaint and is not subject to reasonable dispute.

4. Attached hereto as Exhibit 3 is a true and correct copy of the New York Supreme Court's decision in *MBIA Ins. Corp. v. Morgan Stanley*, Index No. 29951-2010 (N.Y. Sup. Ct. May 26, 2011).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Superior Court of Washington's decision in *Fed. Home Loan Bank of Seattle v. Banc of Am. Sec. LLC*, Nos. 09-2-46319-1 *et al.* (Wash. Sup. Ct. June 23, 2011).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Amended Complaint for Rescission in *Fed. Home Loan Bank of Seattle v. Banc of Am. Sec. LLC*, No. 09-2-46319-1 (Wash. Sup. Ct.), filed on September 28, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Pennsylvania Court of Common Pleas' decision in *Fed. Home Loan Bank of Pittsburgh v. J.P. Morgan Secs. LLC*, No. GD09-016892 (Pa. Ct. Common Pleas Nov. 29, 2010).

8. Attached hereto as Exhibit 7 is a chart created by MassMutual's counsel that responds to the chart created by defendants' counsel that is attached as Exhibit ii to the Declaration of Jesse M. Weiss (Dkt. No. 16). Exhibit 7 sets forth the reasons why each of the purported disclosures cited in defendants' Exhibit ii does not affect MassMutual's claims.

9. I have been informed by co-counsel for MassMutual, Stephen E. Spelman of Egan, Flanagan and Cohen, P.C., that counsel for defendants Richard J. Johnson and Joseph R. Tomkinson (collectively, the "Officer Defendants") agreed to accept service of the Summons and Complaint in this action on behalf of the Officer Defendants. In addition, Mr. Spelman informed me that each of the Officer Defendants was served with the Summons, Complaint, Civil Cover Sheet, and Category Form, in accordance with Section 414(h) of the Massachusetts Uniform Securities Act, on July 12, 2011 (Mr. Tomkinson) and August 15, 2011 (Mr. Johnson). Affidavits of Compliance and Service evidencing service on the Officer Defendants pursuant to Section 414(h) were filed with this Court on August 25, 2011 as Docket Numbers 21 and 22.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 19th day of October, 2011, at Los Angeles, California.

            /s/ Molly Stephens
            Molly Stephens

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of October, 2011.

                                       */s/ Edward J. McDonough Jr.*
                                       _____
                                       Edward J. McDonough Jr.