# EXHIBIT 7

# Exhibit 7 – Defendants' Purported Disclosures Do Not Affect MassMutual's Claims

The following chart responds to Defendants' chart of purported "disclosures" (Exhibit ii to the Declaration of Jesse M. Weiss) and explains why none of the alleged disclosures affect MassMutual's claims. For brevity, MassMutual's chart uses the following list of responses to the purported disclosure language identified in Defendants' chart:

1.   Purported cautionary language is improperly offered to excuse a misrepresentation of existing fact. *See In re No. Nine Visual Tech. Corp. Sec. Litig.*, 51 F. Supp. 2d 1, 19 (D. Mass. 1999).

2.   Language does not relate directly to specific misrepresentations as required. *See In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 618 F. Supp. 2d 311, 322 (S.D.N.Y. 2009).

3.   Purported warnings regarding underwriting practices did not disclose systematic abandonment of underwriting guidelines.

4.   Purported warnings regarding exceptions did not disclose that exceptions were not justified by sufficient compensating factors.

5.   Purported warnings regarding appraisals did not disclose systematic abandonment of appraisal standards.

6.   Purported warnings regarding changes in property values did not disclose that values had been artificially inflated to produce false LTV ratios.

7.   Purported warnings about owner-occupancy did not disclose that the owner-occupancy statistics were false.

8.   Language identifying third parties as sources is irrelevant because Defendants are liable under the Massachusetts Securities Act for repeating misrepresentations. *See Marram v. Kobrick Offshore Fund, Ltd.*, 442 Mass. 43, 809 N.E.2d 1017, 1025-26 (2004); *Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp.*, 632 F.3d 762, 775 n.14 (1st Cir. 2011).

9.   Purported warnings appear in only some, not all, of the relevant Offering Materials.

10.  Language cited has already been rejected by the First Circuit as insufficient to defeat a misrepresentation claim. *See Nomura Asset Acceptance Corp.*, 632 F.3d at 773 (rejecting warning language that "underwriting standards . . . are . . . generally less stringent than, the underwriting standards established by Fannie Mae or Freddie Mac," "certain exceptions to the underwriting standards . . . are made," and the loans "have been originated under certain limited documentation programs").

11.  "Cure, repurchase or substitute" provisions do not limit claims based on "widespread misrepresentations regarding the nature of the underwriting and appraisal practices." *Emps.' Ret. Sys. of Gov't of Virgin Islands v. J.P. Morgan Chase & Co.*, --- F. Supp. 2d ---, 2011 WL 1796426, at *11 (S.D.N.Y. May 10, 2011); *see also City of Ann Arbor Emps.' Ret. Sys. v. Citigroup Mortg. Loan Trust Inc.*, Civ. A. No. 08-1418, 2010 WL 6617866, at *18 (E.D.N.Y. Dec. 23, 2010).

12.  Purported warning that private mortgage insurance would not cover borrower fraud did not reveal that owner-occupancy statistics were false.

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| **Relating to "General Descriptions of Loan Quality"** | | |
| JPMMT 2005-ALT1 | S-18-19, S-26 | 1, 2, 3, 9, 10, 11 |
| JPALT 2006-A1 | S-9-10, S-21 | 1, 2, 3, 9, 10, 11 |
| JPMAC 2006-CH1 | 21, 57 | 1, 2, 3, 9 |
| JPMAC 2006-CH2 | S-22, S-26, S-80-81 | 1, 2, 3, 9, 10, 11 |
| BSARM 2005-10 | S-25, S-56-57 | 1, 2, 3, 4, 9, 10, 11 |
| BALTA 2006-6 | S-11-12, S-114-15 | 1, 2, 9, 11 |
| BALTA 2006-7 | S-9-10, S-104-05 | 1, 2, 9, 11 |
| BSABS 2006-AC4 | S-17, S-28-30, S-78 | 1, 2, 3, 4, 9, 10, 11 |
| BSABS 2006-AQ1 | S-7-8, S-42 | 1, 2, 9, 11 |
| BSMF 2006-SL1 | S-17, S-30-32 | 1, 2, 3, 4, 9, 10, 11 |
| BSMF 2006-AC1 | S-18, S-28-29, S-75 | 1, 2, 3, 4, 9, 10, 11 |
| BSMF 2006-AR1 | S-15, S-23, S-28-30 | 1, 2, 3, 4, 9, 10 |
| BSMF 2006-AR2 | S-21, S-24, S-93-94 | 1, 2, 9, 11 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
| --- | --- | --- |
| BSMF 2006-AR3 | S-17, S-26, S-88 | 1, 2, 3, 4, 9, 10, 11 |
| BSARM 2007-2 | S-7-8, S-184-85 | 1, 2, 9, 11 |
| BSABS 2007-1 | S-19, S-34-35, S-39 | 1, 2, 3, 4, 9, 10, 11 |
| BSABS 2007-AC2 | S-17, S-30-31, S-77 | 1, 2, 3, 4, 9, 10, 11 |
| BSABS 2007-HE3 | S-20, S-37, S-108 | 1, 2, 3, 4, 9, 10, 11 |
| BSMF 2007-AR1 | S-22, S-82-83 | 1, 2, 9, 11 |
| SAMI 2005-AR8 | S-27, S-73 | 1, 2, 9, 11 |
| SAMI 2006-AR3 | S-50, S-159-60 | 1, 2, 9, 11 |
| SAMI 2006-AR5 | S-38, S-112 | 1, 2, 9, 11 |
| SAMI 2006-AR6 | S-31, S-90 | 1, 2, 9, 11 |
| SAMI 2006-AR7 | S-43, S-117 | 1, 2, 9, 11 |
| SAMI 2006-AR8 | S-35, S-128-29 | 1, 2, 9, 11 |
| SAMI 2007-AR1 | S-37, S-113-14 | 1, 2, 9, 11 |
| GMFT 2006-AR1 | S-22, S-113 | 1, 2 |
| GMFT 2006-AR3 | S-29, S-112-13 | 1, 2, 9, 11 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| WaMu 2005-AR1 | 17-18, 22-23 | 1, 2, 3, 4, 9, 10, 11 |
| WMALT 2006-AR1 | S-28, S-49-50 | 1, 2, 3, 4, 9, 10 |
| WMALT 2006-AR5 | S-47, S-80-81 | 1, 2, 3, 9, 11 |
| WaMu 2006-AR7 | S-59-60 | 1, 2, 9, 11 |
| WaMu 2007-HE2 | S-29, S-33, S-35 | 1, 2 |
| AHMIT 2005-4 | S-35, S-43, 63 | 1, 2, 3, 10, 11 |
| AHMAT 2006-1 | S-10, S-20-21, S-34-37 | 1, 2, 3, 4, 10, 11 |
| AHMIT 2006-1 | S-11-12, S-29, S-33, 16-17, 36-37 | 1, 2, 11 |
| AHMAT 2006-2 | 11-12, 25, 35-36 | 1, 2, 3, 4, 10, 11 |
| AHMIT 2006-2 | S-37, S-43, S-58-59 | 1, 2, 3, 4, 10, 11 |
| AHMIT 2007-2 | S-20, S-37, S-49-50 | 1, 2, 3, 10, 11 |
| Impac Secured Assets Corp. Series 2006-1 | S-18, S-84, S-155-56 | 1, 2, 3, 4, 10, 11 |
| Impac Secured Assets Series 2006-4 | S-12, S-36, S-40, S-111 | 1, 2, 3, 10, 11 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| **Relating to Underwriting Guidelines** | | |
| JPMMT 2005-ALT1 | S-18, S-27-32 | 1, 2, 3, 4, 10, 11 |
| JPALT 2006-A1 | S-34, S-37, S-39-40, S-41-42 | 1, 2, 3, 4, 10, 11 |
| JPMAC 2006-CH1 | 26-27, 90 | 1, 2, 3 |
| JPMAC 2006-CH2 | S-15, S-88-89 | 1, 2, 3, 4, 10, 11 |
| BSARM 2005-10 | S-25-26 | 1, 2, 3, 4, 10, 11 |
| BALTA 2006-6 | S-55-57, S-60, S-62-64 | 1, 2, 3, 4, 10 |
| BALTA 2006-7 | S-25-26, S-52-54, S-61-63 | 1, 2, 3, 4, 10 |
| BSABS 2006-AC4 | S-17-18, S-30, S-32, A5 | 1, 2, 3 |
| BSABS 2006-AQ1 | S-25-26, S-43-44 | 1, 2, 3, 4, 10 |
| BSMF 2006-SL1 | S-17, S-32 | 1, 2, 3, 4, 10 |
| BSMF 2006-AC1 | S-30, S-32 | 1, 2, 3, 4, 10 |
| BSMF 2006-AR1 | S-18, S-30, S-32, S-34-35 | 1, 2, 3, 4, 10 |
| BSMF 2006-AR2 | S-17-22 | 1, 2 |
| BSMF 2006-AR3 | S-33-38 | 1, 2, 3, 4, 10 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| BSARM 2007-2 | S-42-43, S-47, S-51 | 1, 2, 3, 4, 10 |
| BSABS 2007-1 | S-19, S-51 | 1, 2, 3, 4, 10 |
| BSABS 2007-AC2 | S-17, S-31, S-33 | 1, 2, 3, 4, 10, 11 |
| BSABS 2007-HE3 | S-20, S-38-40 | 1, 2, 3, 4, 10, 11 |
| BSMF 2007-AR1 | S-32-34, A8 | 1, 2, 3, 4, 10 |
| SAMI 2005-AR8 | S-34-35 | 1, 2, 3, 4, 10 |
| SAMI 2006-AR3 | S-69-72, S-77-80 | 1, 2, 3, 4, 10 |
| SAMI 2006-AR5 | S-47-49 | 1, 2, 3, 4, 10 |
| SAMI 2006-AR6 | S-43-46 | 1, 2, 3, 4, 10 |
| SAMI 2006-AR7 | S-45-48 | 1, 2, 3, 4, 10 |
| SAMI 2006-AR8 | S-41-51 | 1, 2, 3, 4, 10 |
| SAMI 2007-AR1 | S-52-53 | 1, 2, 3, 4, 10 |
| GMFT 2006-AR1 | S-22, S-29-30 | 1, 2, 3, 4, 10 |
| GMFT 2006-AR3 | S-29-30 | 1, 2, 3, 4, 10 |
| WaMu 2005-AR1 | 17-18 | 1, 2, 3, 4, 10 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| WMALT 2006-AR1 | S-28-30 | 1, 2, 3, 4, 10 |
| WMALT 2006-AR5 | S-48-50 | 1, 2, 3, 4, 10 |
| WaMu 2006-AR7 | S-38-40 | 1, 2, 3, 4, 10 |
| WaMu 2007-HE2 | S-10, S-30-31, S-33 | 1, 2, 3, 4, 10 |
| AHMIT 2005-4 | S-35, S-58-S60, A-6 | 1, 2, 3, 4, 10 |
| AHMAT 2006-1 | S-9-10, S-21, S-34-37, 8-11 | 1, 2, 3, 4, 10, 11 |
| AHMIT 2006-1 | S-40-43, A-6 | 1, 2, 3, 4, 10 |
| AHMAT 2006-2 | 21-22, 33-35, 114 | 1, 2, 3, 4, 10 |
| AHMIT 2006-2 | S-33, S-37, S-56-58, A-8 | 1, 2, 3, 4, 10 |
| AHMIT 2007-2 | S-20, S-46-48, A-6 | 1, 2, 3, 4, 10 |
| Impac Secured Assets Corp. Series 2006-1 | S-18, S-41, S-84-89, S-93-94 | 1, 2, 3, 4, 9, 10 |
| Impac Secured Assets Series 2006-4 | S-12, S-41-43 | 1, 2, 3, 9, 10 |
| **Relating to Appraisals and LTV Ratios** | | |
| JPMMT 2005-ALT1 | S-21, S-28 | 1, 2, 5, 6 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| JPALT 2006-A1 | S-26, S-34 | 1, 2, 5, 6 |
| JPMAC 2006-CH1 | 18, 28 | 1, 2, 5, 6 |
| JPMAC 2006-CH2 | S-15, S-21, S-29, S-83 | 1, 2, 5, 6 |
| BSARM 2005-10 | S-17 | 1, 2, 5, 6 |
| BALTA 2006-6 | S-38, S-58 | 1, 2, 5, 6 |
| BALTA 2006-7 | S-31-32, S-55, S-62 | 1, 2, 5, 6 |
| BSABS 2006-AC4 | S-26 | 1, 2, 5, 6 |
| BSABS 2006-AQ1 | S-38, S-45, S-47 | 1, 2, 5, 6 |
| BSMF 2006-SL1 | S-28 | 1, 2, 5, 6 |
| BSMF 2006-AC1 | S-26 | 1, 2, 5, 6 |
| BSMF 2006-AR1 | S-20 | 1, 2, 6 |
| BSMF 2006-AR2 | S-8 | 1, 2 |
| BSMF 2006-AR3 | S-23 | 1, 2 |
| BSARM 2007-2 | S-21-22, S-41, S-53-54 | 1, 2, 5, 6 |
| BSABS 2007-1 | S-51 | 1, 2, 5, 6 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| BSABS 2007-AC2 | S-27, S-33 | 1, 2, 5, 6 |
| BSABS 2007-HE3 | S-33, S-38, S-43 | 1, 2, 5, 6 |
| BSMF 2007-AR1 | S-20, S-32 | 1, 2, 6 |
| SAMI 2005-AR8 | S-22 | 1, 2, 6 |
| SAMI 2006-AR3 | S-43-44, S-81 | 1, 2, 5, 6 |
| SAMI 2006-AR5 | S-32, S-49 | 1, 2, 5, 6 |
| SAMI 2006-AR6 | S-26 | 1, 2, 6 |
| SAMI 2006-AR7 | S-27 | 1, 2, 6 |
| SAMI 2006-AR8 | S-29, S-47 | 1, 2, 6 |
| SAMI 2007-AR1 | S-31-32 | 1, 2, 6 |
| GMFT 2006-AR1 | S-19 | 1, 2 |
| GMFT 2006-AR3 | S-19 | 1, 2 |
| WaMu 2005-AR1 | 5 | 1, 2, 6 |
| WMALT 2006-AR1 | S-29 | 1, 2 |
| WMALT 2006-AR5 | S-48 | 1, 2, 5 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| WaMu 2006-AR7 | S-39 | 1, 2, 5 |
| WaMu 2007-HE2 | S-10, S-31 | 1, 2, 5, 6 |
| AHMIT 2005-4 | S-22, S-52, S-60 | 1, 2, 5, 6 |
| AHMAT 2006-1 | S-16, S-35, 9-10 | 1, 2, 5, 6 |
| AHMIT 2006-1 | S-20, S-42, 14 | 1, 2, 5, 6 |
| AHMAT 2006-2 | 18, 34 | 1, 2, 5, 6 |
| AHMIT 2006-2 | S-25, S-51, S-57-58 | 1, 2, 5, 6 |
| AHMIT 2007-2 | S-21, S-47-48 | 1, 2, 5, 6 |
| Impac Secured Assets Corp. Series 2006-1 | S-18, S-87 | 1, 2, 5, 6 |
| Impac Secured Assets Series 2006-4 | S-12, S-41 | 1, 2, 5, 6 |
| **Relating to Borrower Occupancy** | | |
| JPMMT 2005-ALT1 | S-31, S-72, A-3 | 1, 2, 7, 8, 9, 12 |
| JPALT 2006-A1 | S-105, A2 | 1, 2, 7, 8, 9, 12 |
| JPMAC 2006-CH1 | 111, 119 | 1, 2, 7, 8, 9 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| JPMAC 2006-CH2 | 9, 19 | 1, 2, 7, 8, 9 |
| BSARM 2005-10 | S-27 | 1, 2, 7, 9, 12 |
| BSABS 2006-AC4 | A4 | 1, 2, 7, 8, 9 |
| BSABS 2006-AQ1 | A4 | 1, 2, 7, 8, 9 |
| BSMF 2006-SL1 | 8, 30 | 1, 2, 7, 8, 9 |
| BSMF 2006-AC1 | A4 | 1, 2, 7, 8, 9 |
| BSARM 2007-2 | S-54 | 1, 2, 9, 12 |
| BSABS 2007-1 | S-42 | 1, 2, 9, 12 |
| BSABS 2007-AC2 | A5 | 1, 2, 7, 8, 9 |
| BSABS 2007-HE3 | A4 | 1, 2, 7, 8, 9 |
| SAMI 2006-AR3 | S-80 | 1, 2, 9 |
| SAMI 2006-AR5 | S-71 | 1, 2, 9, 12 |
| GMFT 2006-AR1 | 8, 30-31 | 1, 2, 7, 8, 9 |
| GMFT 2006-AR3 | S-49 | 1, 2, 9 |
| WaMu 2005-AR1 | S-27 | 1, 2, 9 |

| Securitization | Defendants' Purported Disclosures | Why the Alleged Disclosures Did Not Reveal the Misstatements |
|---|---|---|
| WMALT 2006-AR5 | S-79 | 1, 2, 9 |
| WaMu 2006-AR7 | S-59 | 1, 2, 9 |
| WaMu 2007-HE2 | S-120 | 1, 2, 7, 8, 9 |
| AHMIT 2005-4 | S-51, 8, 31 | 1, 2, 7, 8, 9 |
| AHMAT 2006-1 | S-52, S-100 | 1, 2, 9, 12 |
| AHMIT 2006-2 | S-50, S-80 | 1, 2, 7, 8, 9 |
| Impac Secured Assets Corp. Series 2006-1 | S-40 | 1, 2, 7, 8 |
| Impac Secured Assets Series 2006-4 | S-24, S-35 | 1, 2, 7, 8, 12 |