UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- x
MASSACHUSETTS MUTUAL LIFE INSURANCE  :
COMPANY,                             :
          Plaintiff,                 :
                                     :
          v.                         :
                                     :
JPMORGAN CHASE BANK, N.A.; J.P. MORGAN  :   No. 3:11-cv-30094-MAP
MORTGAGE ACQUISITION CORPORATION; J.P.  :   Oral Argument Requested
MORGAN SECURITIES LLC; J.P. MORGAN      :
ACCEPTANCE CORPORATION I; DAVID M. DUZYK;  :
LOUIS SCHIOPPO, JR.; WILLIAM A. KING; EMC   :
MORTGAGE CORPORATION; STRUCTURED ASSET   :
MORTGAGE INVESTMENTS II INC.; BEAR STEARNS :
ASSET BACKED SECURITIES I LLC; COHEN        :
LEGACY, LLC; JEFFREY L. VERSCHLEISER;       :
MICHAEL B. NIERENBERG; JEFFREY MAYER;       :
THOMAS F. MARANO; JOSEPH T. JURKOWSKI JR.;  :
MATTHEW E, PERKINS; SAMUEL L. MOLINARO;     :
WAMU ASSET ACCEPTANCE CORPORATION;          :
WAMU CAPITAL CORPORATION; WASHINGTON        :
MUTUAL MORTGAGE SECURITIES CORPORATION;     :
RICHARD CAREAGA; DAVID BECK; DIANE NOVAK;   :
THOMAS GREEN; and ROLLAND JURGENS,          :
                                            :
          Defendants.                       :
---------------------------------------------------------------------- x

MASSACHUSETTS MUTUAL LIFE INSURANCE  :
COMPANY,                             :
          Plaintiff,                 :
                                     :
          v.                         :
                                     :
GOLDMAN SACHS MORTGAGE COMPANY;           :   No. 3:11-cv-30126-MAP
GOLDMAN, SACHS & CO., INC.; AMERICAN HOME :   Oral Argument Requested
MORTGAGE SECURITIES LLC; AMERICAN HOME    :
MORTGAGE ASSETS LLC; BEAR STEARNS ASSET   :
BACKED SECURITIES I LLC; J.P. MORGAN      :
SECURITIES LLC; BARCLAYS CAPITAL INC.; UBS :
SECURITIES LLC; MICHAEL STRAUSS; STEPHEN A. :
HOZIE; THOMAS M. MCDONAGH; ALAN B. HORN;   :
JOSEPH T. JURKOWSKI JR.; MATTHEW E. PERKINS; :
SAMUEL L. MOLINARO, JR.; and THOMAS F.       :

MARANO, :

Defendants. :

----------------------------------------------------------------- x

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY,
         Plaintiff,

v.

IMPAC FUNDING CORPORATION, IMPAC SECURED
ASSETS CORP.; J.P. MORGAN SECURITIES LLC;
RICHARD J. JOHNSON; AND JOSEPH R. TOMKINSON,

Defendants.

x

No. 3:11-cv-30127-MAP
Oral Argument Requested

## DECLARATION OF JESSE M. WEISS, ESQ.

I, Jesse M. Weiss, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare as follows:

1. I am an associate of the law firm Cravath, Swaine & Moore LLP and have been admitted to this Court *pro hac vice*. I respectfully submit this declaration in support of Defendants' Joint Reply Memorandum of Law In Support of Their Motions to Dismiss the Complaints (the "Joint Reply Brief").

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Prospectus Supplement for the Sonus Networks, Inc.'s offering of 20,000,000 Shares of Common Stock, filed September 24, 2003, as well as the accompanying Prospectus for Sonus Networks, Inc.'s offerings of Debt Securities, Warrants, and Common Stock, filed June 25, 2001. A full copy of

2

the Prospectus Supplement and Prospectus can be located at:

http://sec.gov/Archives/edgar/data/1105472/000104746903031481/a2119222z424b5.htm

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Prospectus Supplement for Digital Equipment Corporation's offering of 16,000,000 Depository Shares, filed March 22, 1994, as well as the accompanying Prospectus for Digital Equipment Corporation's offerings of Debt Securities, Preferred Stock, Depository Shares, and Warrants to Purchase Securities, filed March 11, 1994. A full copy of the Prospectus Supplement and Prospectus can be located at: http://sec.gov/Archives/edgar/data/28887/0000950135-94-000189.txt

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2011
      New York, New York

                                         Jesse M. Weiss