# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON,<br><br>    Defendants. | No. 3:11-cv-30127-MAP |

**STATUS REPORT PURSUANT TO THE COURT'S FEBRUARY 14, 2012 ORDER**

Pursuant to the Court's February 14, 2012 Memorandum and Order Regarding Defendants' Motion to Dismiss ("Order"), defendants in the above-captioned action, through their undersigned counsel, submit the following status report identifying the non-underwriter control person defendants against whom MassMutual's claims under section 410(b) of the Massachusetts Uniform Securities Act and the Complaint are dismissed as a result of the Court's Order:

  **1. Impac Funding Corporation ("Impac Funding"):** As Sponsor for the securitizations at issue, alleged to control depositor Impac Secured Assets Corp. and, through the depositor, the trusts for those securitizations.  (Complaint ¶ 102.)

  **2. Impac Secured Assets Corp. ("Impac Secured"):** As Depositor for the securitizations at issue, alleged to control the trusts for those securitizations.  (Complaint ¶ 103.)

  **3. Richard J. Johnson:** Alleged to control sponsor Impac Funding and depositor Impac Secured.  (Complaint ¶ 104.)

**4. Joseph R. Tomkinson:** Alleged to control sponsor Impac Funding and depositor Impac Secured.  (Complaint ¶ 105.)

Dated:  February 28, 2012
    Boston, Massachusetts

/s/Sandra D. Hauser
Sandra D. Hauser (*admitted pro hac vice*)
Patrick E. Fitzmaurice
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

*Counsel for Defendants Impac Funding Corp., Impac Secured Assets Corp., Richard J. Johnson and Joseph R. Tomkinson*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 28th day of February, 2012.

/s/ Sandra D. Hauser