**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON,<br><br>              Defendants. | No. 3:11-cv-30127-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF
DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

Defendant J.P. Morgan Securities LLC ("Defendant") hereby moves for an extension of its time to answer the complaint filed by Plaintiff Massachusetts Mutual Life Insurance Company ("Plaintiff") in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below.  Plaintiff, through its undersigned counsel, assents to the motion.

On May 6, 2011, Plaintiff commenced the above-captioned action by filing a complaint ("Complaint") in the United States District Court for the District of Massachusetts against Defendants.

By Memorandum and Order entered on February 14, 2012, the Court granted in part and denied in part the motions to dismiss the Complaint and directed Defendant to serve and file an answer within twenty (20) days of the Court's Order.

Counsel for Plaintiff and counsel for Defendant conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1. Defendant shall answer the Complaint on or before March 20, 2012.

2. By entering into this stipulation, Plaintiff and Defendant do not waive, and expressly preserve, any and all rights and defenses, including but not limited to the right to replead or amend the allegations in support of any claims or assert any defenses relating to jurisdiction, venue, arbitration, service of process and statute of limitations or any counter-claims that may be available in this Action.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

February 29, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Edward J. McDonough, Jr. | /s/ Jeffery L. McCormick |
| Edward J. McDonough, Jr. (BBO 331590) | Jeffrey L. McCormick (BBO 329740) |
| Stephen E. Spelman (BBO 632089) | ROBINSON DONOVAN, P.C. |
| EGAN, FLANAGAN AND COHEN, P.C. | 1500 Main Street #1600 |
| 67 Market Street, P.O. Box 9035 | Springfield, Massachusetts 01115 |
| Springfield, Massachusetts 01102 | jmccormick@Robinson-Donovan.com |
| ejm@efclaw.com | |
| ses@efclaw.com | *Of Counsel* |
| | Robert H. Baron |
| *Of Counsel* | Karin DeMasi |
| Philippe Z. Selendy | CRAVATH, SWAINE & MOORE LLP |
| Jennifer J. Barrett | 825 Eighth Avenue |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | New York, New York 10019 |
| 51 Madison Avenue, 22nd Floor | (212) 474-1000 |
| New York, New York 10010-1601 | |
| | *Counsel for Defendants J.P. Morgan Securities LLC* |
| *Counsel for Plaintiff Massachusetts Mutual Life Insurance Company* | |

### CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 29th day of February, 2012.

        _____Jeffrey L. McCormick_____