**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-cv-30127-MAP |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR
MASSMUTUAL TO MOVE TO STRIKE CERTAIN DEFENSES ASSERTED IN
J.P. MORGAN SECURITIES LLC'S ANSWER, AND EXTENSION OF TIME FOR
<u>J.P. MORGAN SECURITIES LLC TO AMEND ITS ANSWER</u>**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves for an extension of its time to move to strike certain defenses asserted in J.P. Morgan Securities LLC's answer (the "Answer") filed in the above-captioned action (the "Action"), as stipulated to by the parties, through their undersigned counsel, as set forth below. Defendant J.P. Morgan Securities LLC ("J.P. Morgan"), through its undersigned counsel, assents to the motion.

MassMutual commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Massachusetts against certain defendants, including J.P. Morgan. On March 20, 2012, J.P. Morgan filed its Answer to the Complaint.

MassMutual intends to file a motion to strike certain defenses asserted in the Answer, which motion is due on or before April 13, 2012 pursuant to Federal Rules of Civil Procedure 6(d) and 12(f).

To allow MassMutual and J.P. Morgan sufficient time to meet and confer in an attempt to narrow the defenses that are the subject of the motion to strike, MassMutual and J.P. Morgan have conferred and stipulate and agree, subject to the approval of the Court, as follows:

1. The time for MassMutual to file a motion to strike certain defenses asserted in the Answer shall be extended up to and including April 27, 2012.

2. In addition, the time for J.P. Morgan to amend its Answer shall be extended up to and including April 25, 2012. If an amended answer is filed, the time for MassMutual to file any motion to strike shall be further extended up to and including May 9, 2012. MassMutual and J.P. Morgan agree that if an amended answer is filed, MassMutual need not conduct an additional meet and confer prior to filing any motion to strike.

3. Any motion by MassMutual to strike defenses in the Answer or any amended answer shall be briefed according to the following schedule (in addition to the deadlines set forth above for the filing of MassMutual's motion to strike):

    a) J.P. Morgan's opposition due 28 days after filing of the motion to strike;

    b) MassMutual shall be afforded the right to a reply brief, which shall be due 14 days after filing of J.P. Morgan's opposition.

WHEREFORE, the parties respectfully request that this Court:

1. Grant the instant motion to enter an Order per the terms stipulated to by the parties, as set forth herein.

2. Grant such further relief as may be just and proper.

DATED: April 13, 2012        Respectfully submitted,

/s Edward J. McDonough, Jr.
Edward J. McDonough, Jr. (BBO 331590)
Stephen E. Spelman (BBO 632089)
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102
ejm@efclaw.com
ses@efclaw.com

*Of Counsel*
Philippe Z. Selendy
Jennifer J. Barrett
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

/s Jeffrey L. McCormick
Jeffrey L. McCormick (BBO 329740)
ROBINSON DONOVAN, P.C.
1500 Main Street #1600
Springfield, Massachusetts 01115
(413) 732-2301
jmccormick@Robinson-Donovan.com

*Of Counsel*
Robert H. Baron
Karin A. DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Attorneys for J.P. Morgan Securities LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants and the proposed new defendants on this 13th day of April, 2012.

            /s Edward J. McDonough, Jr._____
            Edward J. McDonough, Jr.