# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>               Defendants. | Civil Action No. 3:11-30039-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>               Defendants. | Civil Action No. 3:11-30044-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>               Defendants. | Civil Action No. 3:11-30047-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al.,<br><br>     Defendants. | Civil Action No. 3:11-30048-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>     Defendants. | Civil Action No. 3:11-30094-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 3:11-30126-MAP-KPN |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPAC FUNDING CORPORATION, et al.,<br><br><br>Defendants. | Civil Action No. 3:11-30127-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br><br>Defendants. | Civil Action No. 3:11-30141-MAP-KPN |

**<u>MASSMUTUAL'S MOTION FOR AN ORDER SETTING A SCHEDULE FOR AN EARLY DETERMINATION OF SAMPLING ISSUES</u>**

Plaintiff Massachusetts Mutual Life Insurance ("MassMutual") hereby moves for an order setting a schedule for an early determination of sampling issues. As described more fully in MassMutual's portions of the Parties' Statements filed herewith, appropriate sampling of loan files is a critical component of proof in these cases. Courts have routinely approved sampling in cases such as this, and without sampling these trials would involve presentation of 231,824 individual loan files. Challenges to the admissibility of a sampling methodology and the resulting samples should be decided well before the September 2013 close of document discovery so that the parties may streamline fact and expert discovery, and allow for any necessary modifications to the samples before costly re-underwriting of loan files by the parties' experts takes place.

MassMutual's motion therefore respectfully requests that the Court order the following schedule so that it can make an early ruling addressing challenges to the admissibility of loan file sampling:

| February 13, 2013 | Loan tapes produced by Defendants |
| April 12, 2013 | Expert reports on loan sampling submitted |
| May 10, 2013 | *Daubert* motions on sampling |
| June 7, 2013 | Oppositions to *Daubert* motions on sampling |
| June 21, 2013 | Replies in support of *Daubert* motions on sampling |
| June 28, 2013 | Hearing on *Daubert* motions on sampling |

This Motion is made in conformity with Local Rule 37.1(b). Counsel for MassMutual and counsel for Defendants in the above-listed cases (collectively, "Defendants") met and

conferred on January 28, 2013 regarding a proposal for expert discovery.  Defendants did not agree with MassMutual's proposal for the early exchange of sampling expert reports and the early resolution of challenges to the sampling methodology and resulting samples under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). Certain Defendants also have not confirmed a date certain by which they will produce final loan tapes, despite MassMutual's request that they do so.  For discovery to move efficiently and on the ordered timeline, it is important that the Court address these issues early in the case. MassMutual accordingly asks that the Court order the above schedule for resolution of challenges to sampling methodology.

DATED: February 11, 2013

        MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

        By: *Edward J. McDonough Jr.*
        Edward J. McDonough Jr. (BBO 331590)
        Stephen E. Spelman (BBO 632089)
        Egan, Flanagan and Cohen, P.C.
        67 Market Street, P.O. Box 9035
        Springfield, Massachusetts  01102
        Telephone:  (413) 737-0260
        Fax:  (413) 737-0121
        ejm@efclaw.com; ses@efclaw.com

        Of counsel:
        QUINN EMANUEL URQUHART & SULLIVAN, LLP

        Philippe Z. Selendy (admitted *pro hac vice*)
        Jennifer J. Barrett (admitted *pro hac vice*)
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000
        Fax (212) 849-7100

        A. William Urquhart (admitted *pro hac vice*)

Harry A. Olivar, Jr. (admitted *pro hac vice*)
Molly Stephens (admitted *pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax (213) 443-3100

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of February, 2013.

                                      */s/ Edward J. McDonough Jr.*
                                      _____
                                      Edward J. McDonough Jr.