UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br>           Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORP.; J.P. MORGAN SECURITIES LLC; RICHARD J. JOHNSON; and JOSEPH R. TOMKINSON,<br><br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A.No. 3:11-cv-30127-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the plaintiff Massachusetts Mutual Life Insurance Company in the above-captioned matter.

                                              THE PLAINTIFF,
                                              By Its Attorneys

                                              */s/ John J. Egan*
                                              John J. Egan, BBO #151680
                                              Egan, Flanagan and Cohen, P.C.
                                              67 Market Street, P.O. Box 9035
                                              Springfield, MA 01102-9035
                                              (413) 737-0260; Fax (413) 737-0121
                                              Email: jje@efclaw.com

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on March 7, 2013.

                                              */s/ John J. Egan*
                                              John J. Egan